

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Texas Department of Public Safety,

Vs. No. 11-13-00163-CV

Chad Wade Holland,

\* From the County Court at Law
   of Nolan County,
   Trial Court No. 2,243.

\* June 5, 2015

\* Per Curiam Memorandum Opinion
   (Panel consists of: Wright, C.J.,
   Willson, J., and Bailey, J.)

This court has considered the parties' joint motion for dismissal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the Texas Department of Public Safety.